FILED

05/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0169

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA 22-0169

IN RE THE MARRIAGE OF: )
)
SYRENA LOUISE DESKINS, f/k/a ) **GRANT OF MOTION FOR**
SYRENA LOUISE ROSE ) **EXTENSION OF TIME**
)
Petitioner and Appellant, )
)
and )
)
CORY LANE ROSE, )
)
Respondent and Appellee. )
_____ )

Upon motion of Appellee, and good cause appearing there, IT IS HEREBY ORDERED THAT Appellee shall have up through and including July 1, 2022, in which to file Appellee's answer brief herein.

DATED this _____ day of _____, 2022.

_____
Clerk of Supreme Court

- 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 26 2022